UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KIMBERLY M. CUDLITZ,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant-Appellee. | Case No. LA CV 17-04848-VBF-JDE<br><br>ORDER<br><br>Adopting Report & Recommendation<br><br>Directing Entry of Separate Judgment of Vacatur and Remand |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint (CM/ECF Document ("Doc") 9, the Commissioner's answer (Doc 31), the administrative record (Doc 32), the parties' Joint Stipulation (Doc 33), the Report and Recommendation ("R&R") of the Honorable John D. Early, United States Magistrate Judge (Doc 34), and the applicable law. No party has filed objections to the R&R within the time allotted by Fed. R. Civ. P. 72(b) and the corresponding local civil rule of our District, nor have the parties moved for an extension of the objection deadline.

    There is no obligation to review an R&R at all when the parties do not

file timely specific objections. The Advisory Committee Notes to Fed. R. civ.P. 72, however, advise that when there are no objections, a federal district court should still review for clear error on the face of the record. Finding no error of law, fact, or logic in the well-reasoned R&R on de novo or clear-error review, the Court accepts the findings and conclusions of the Magistrate Judge.

**IT IS THEREFORE ORDERED that Judgment be entered vacating the decision of the Commissioner of Social Security and remanding the matter to the Social Security Administration for further proceedings consistent with the Report and Recommendation**.

Dated: June 5, 2018

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
Senior United States District Judge