JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KIMBERLY CUDLITZ,<br><br>   Plaintiff-Appellant,<br><br>   v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>   Defendant-Appellee. | Case No. LA CV 17-04848-VBF-JDE<br><br>JUDGMENT |

  IT IS HEREBY ADJUDGED that that the decision of the Commissioner of Social Security is **VACATED** and the matter is **REMANDED** to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

Dated: June 5, 2018

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
Senior United States District Judge